# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-22-00732-CV

**Larry Patterson, Appellant**

**v.**

**Guaranty Abstract & Title Company of San Angelo, Appellee**

### FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
### NO. C220088C, THE HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss the appeal with prejudice. We grant the

motion and dismiss this appeal with prejudice. *See* Tex. R. App. P. 42.1(a)(2).

_____

Edward Smith, Justice

Before Justices Baker, Smith, and Jones*

Dismissed on Joint Motion

Filed: March 28, 2023

*Before J. Woodfin Jones, Chief Justice (Retired), Third Court of Appeals, sitting by
assignment. See Tex. Gov't Code § 74.003(b).